UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CV-23736-WILLIAMS

UNITED STATE OF AMERICA,

    Plaintiff,

v.

ARLENE M. LESANTE,

    Defendant. _____/

**NOTICE OF ANSWER DEADLINE
PURSUANT TO FED. R. CIV. P. 6 and 12**

Please take notice that the Defendant, Arlene M. LeSante, was served with Summons and Complaint on the 24th day of October 2013 at or about 8:50 p.m. at 14453 SW 84th Street, Miami, Florida 33183. See attached Exhibit "A". Pursuant to the Fed. R. Civ. P. 6 and 12, the Defendant has until November 14th, 2013, which is twenty (20) days from the date of service of this document to file a response to Plaintiff's Complaint in the instant case and provide Plaintiff's counsel with a copy of same.

Dated: October 31, 2013
Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States
of America

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by regular US Mail to Arlene M. LeSante at the address of 14453 SW 84th Street, Miami, FL 33183 on this 31 day of October, 2013.

_____
Steven M. Davis, Esq.